# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-2942

_____

David Hanson,                                  *
                                               *
                 Appellant,                    *
                                               *   Appeal from the United States
        v.                                     *   District Court for the
                                               *   District of Minnesota.
Kenneth S. Apfel, Commissioner,                *
Social Security Administration of              *   [UNPUBLISHED]
the United States,*                            *
                                               *
                 Appellee.                     *

_____

Submitted: November 24, 1998
Filed: December 1, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

_____

*Kenneth S. Apfel has been appointed to serve as Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

David Hanson appeals from the district court's[1] grant of summary judgment affirming the Social Security Commissioner's decision to deny Hanson's application for disability insurance benefits. Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an opinion would lack precedential value. Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.